**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANTHONY DYOUS, ET AL., | : | CIVIL NO. 3:22-CV-01518-SVN |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF MENTAL HEALTH | : | |
| AND ADDICTION SERVICES, ET AL., | : | |
| *Defendants.* | : | APRIL 17, 2023 |

<u>**DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED
COMPLAINT**</u>

Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) Defendants Department of Mental Health

and Addiction Services, Whiting Forensic Hospital and the Psychiatric Security Review Board

(collectively, the "Defendants") hereby respectfully file this Motion to Dismiss Plaintiffs'

Amended Complaint  on the grounds that this Court lacks subject matter jurisdiction over to

consider their claims, and Plaintiffs have failed to state a claim upon which relief may be

granted.

This Court lacks subject matter jurisdiction to hear Plaintiffs' claims based upon the

following grounds: 1) Eleventh Amendment Immunity; 2) a federal habeas corpus petition is

plaintiffs' exclusive remedy; 3) Plaintiffs lack standing; 4) Mootness; and 5) Federal Court

Abstention under the *Younger* doctrine.

Moreover, Plaintiffs fail to state a claim for relief under the Americans with Disability

Act (ADA) and Section 504 of the Rehabilitation Act.

**Wherefore**, for all the reasons set forth herein and in Defendants' supporting

Memorandum, Defendants respectfully request that their Joint Motion to Dismiss be granted.

Respectfully submitted,

DEFENDANT,
DEPARTMENT OF MENTAL HEALTH
AND ADDICTION SERVICES AND
WHITING FORESNIC HOSPITAL

WILLIAM TONG
ATTORNEY GENERAL

BY:   */s/ Rosemary M. McGovern*
      Rosemary M. McGovern
      Assistant Attorney General
      Federal Bar No. ct19594
      165 Capitol Avenue
      Hartford, CT  06106
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      rosemary.mcgovern@ct.gov


BY:   */s/ Shawn L. Rutchick*
      Shawn L. Rutchick
      Assistant Attorney General
      Federal Bar No. ct24866
      165 Capitol Avenue
      Hartford, CT 06106
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      shawn.rutchick@ct.gov

      DEFENDANT,
      PSYCHIATRIC SECURITY REVIEW
      BOARD

      */s/ Tanya DeMattia*
      Tanya DeMattia
      Assistant Attorney General
      Federal Bar No. ct14966
      165 Capitol Avenue
      Hartford, CT 06106
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      tanya.demattia@ct.gov

2

*/s/ Alina Bricklin-Goldstein*
Alina Bricklin-Goldstein
Assistant Attorney General
Federal Bar No. ct31266
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
alina.bricklin-goldstein@ct.gov

*/s/ Jo Anne Sulik*
Jo Anne Sulik
Senior Assistant State's Attorney
Federal Bar No. ct15122
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Tel: (860) 258-5887
Fax: (860) 258-5968
joanne.sulik@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, a copy of the foregoing was electronically filed.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.

*/s/ Rosemary M. McGovern*
Rosemary M. McGovern
Assistant Attorney General