## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
### CIVIL STANDARD MINUTES

Date: **10/21/2024**

**Isaiah Lindsay**
Vs.
**Navarretta et al**

Start Time: **2:01 PM**   End Time: **3:46 PM**

Recess (if more than ½ hr) _____ to _____

Total Time **1** hour(s) **45** minute(s)

Case #: **3:22-cv-01518-SVN**
Honorable Judge: **Sarala V. Nagala**
Deputy Clerk: **S. Bergeson**
Counsel for Pla(s): **Dorfman; Teixeira; Troubman; Lowry**
Counsel for Dft(s): **DeMattia; Rutchick; Bricklin-Goldstein**
Reporter/ECRO/Courtsmart: **Denae Hovland**
Interpreter _____ Language _____
Hearing held: ✓ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument **105 mins**
- ☐ Judgment Debtor Exam
- ☐ Status Conference
- ☐ Show Cause Hearing
- ☐ Pretrial Conference
- ☐ Settlement Conference
- ☐ Evidentiary Hearing
- ☐ Scheduling Conference
- ☐ Other: _____

**MOTIONS**

- ■ Motion **to Dismiss (ECF No. 86)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
- ■ Motion **to Certify Class (ECF No. 102)** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

The Court sua sponte lifts the stay of discovery. The parties shall file their Rule 26(f) report by November 4, 2024. The parties shall also order the transcript of today's oral argument from the court reporter and split the costs evenly.

Rev. 3/21/24