**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Isaiah Lindsay, et al., | ) | |
|       Plaintiffs, | ) | |
|     v. | ) | Civil No.: 3:22-CV-1518-SVN |
| | ) | |
| NANCY NAVARRETTA, et al., | ) | |
|       Defendants. | ) | March 27, 2026 |

**Class Counsels' Unopposed Motion for Preliminary Approval of Settlement**

Class Counsel move for an order pursuant to Fed. R. Civ. P. 26(e) preliminarily approving the proposed settlement. The proposed settlement agreement has been negotiated in mediation with United States Magistrate Judge Maria E. Garcia over a period of fifteen months in eleven sessions. The proposed settlement agreement is fair, reasonable and adequate. The Class Representatives, who are acquittees working through their treatment in Whiting Forensic Hospital toward community mental health treatment in the most integrated setting, have adequately represented the class. Class Counsel from Connecticut Legal Rights Project and Disability Rights Connecticut have adequately represented the interests of the class and have zealously advocated for their civil right to treatment in the most integrated setting. All negotiations were at arm's length.

Defendants do not oppose this motion for preliminary approval of the settlement agreement and do not oppose the proposed notice to the class.

The relief provided in the proposed settlement is adequate, taking into consideration the costs, risks and delay of trial and appeal. All Class Members are treated equitably. The proposed Settlement Agreement applies to each class member equally. The Settlement Agreement provides for prospective injunctive

relief only. The Settlement Agreement provides for clear definitions of terms, clear eligibility criteria and time frames for moving Class Members from Full Level 4 privileges, to Temporary Leave Engagement Readiness and all the way through to Conditional Release, where the Class Member is discharged from Whiting Forensic Hospital and receiving all of their treatment in the most integrated setting.

There are no side agreements and no payments to Class Representatives. Attorneys' Fees were agreed to in the Settlement Agreement and negotiated with Judge Garcia over two days of mediation.

Proposed Notice is attached to the Memorandum in Support of this Motion. Class Counsel have legal access to Whiting Forensic Hospital and all acquittees. CLRP's main office is on the grounds of Connecticut Valley Hospital and close to Dutcher Hall. Class Counsel will hold meetings on each unit in Dutcher Hall of Whiting Forensic Hospital for all Class Members, attend community meetings, steering committee meetings, and give direct notice to class members who request it. Dutcher Hall has five units where acquittees reside. Each unit has approximately 19 to 24 residents. Class Counsel, CLRP, has pre-existing access authority under the *Doe v. Hogan* Consent Decree; DRCT has pre-existing access authority under the PAIMI Act, 42 U.S.C. § 10801 et seq. Class Counsel have a thirty-six year history of representing patients at WFH and will be able to ensure adequate notice to Class Members, should the Court give preliminary approval for the Settlement Agreement and order notice to the class.

The Class Representatives and Class Counsel move for preliminary approval of the Settlement Agreement and for an order for notice to Class Members.

Respectfully submitted,

Isaiah Lindsay and Kai Ming Wu
Class Representatives

By: Class Counsel

s/Kirk W. Lowry
Kirk W. Lowry, ct.27850
Kathleen M. Flaherty, ct19344
Simone Lamont, ct31858
Class Counsel
Connecticut Legal Rights Project
CVH-Beers Hall 2nd Floor
22 Harvey Drive
Middletown, CT 06457
(860) 262-5017
klowry@clrp.org


s/Rachel Mirsky
Rachel Mirsky, ct30457
Sheldon Toubman, ct08533
Class Counsel
Disability Rights Connecticut
75 Charter Oak Avenue, Suite 1-101
Hartford, CT 06106
(475) 345-3168
rachel.mirsky@disrightsct.org

## CERTIFICATION

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/Kirk W. Lowry
Kirk W. Lowry

3