**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Isaiah Lindsay, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No.: 3:22-CV-1518-SVN |
| | ) | |
| NANCY NAVARRETTA, et al., | ) | |
| Defendants. | ) | March 27, 2026 |

**Joint Status Report**

The Parties report that the Settlement Agreement was approved by the Attorney General's Litigation Management Committee on March 25, 2026. The Parties obtained signatures from Class Representatives, Class Counsel, and Official Capacity Representatives for DMHAS, WFH and the PSRB. Counsel have jointly drafted and revised a Motion and Memorandum for Preliminary Approval of the Settlement Agreement and Proposed Notice to the Class which they will file today or Monday. The Attorney General's Office will deliver the proposed Settlement Agreement to the Clerk of the Senate and the Clerk of the House on or before April 6, 2026, to start the process of legislative review of the proposed Settlement Agreement pursuant to Conn. Gen. Stat. § 3-125a. The statute provides thirty (30) days to review the resolution to approve the settlement agreement, which will be approved unless three-fifths of each chamber votes against the resolution. The last day of the legislative session is May 6, 2026. The Settlement Agreement will proceed on parallel approval tracks in the Connecticut General Assembly pursuant to Conn. Gen. Stat. § 3-125a and with this Court pursuant to Fed. R. Civ. P. 23(e).

Respectfully submitted,

1

Isaiah Lindsay and Kai Ming Wu
Class Representatives

By: Class Counsel

s/Kirk W. Lowry
Kirk W. Lowry, ct.27850
Kathleen M. Flaherty, ct19344
Simone Lamont, ct31858
Class Counsel
Connecticut Legal Rights Project
CVH-Beers Hall 2nd Floor
22 Harvey Drive
Middletown, CT 06457
(860) 262-5017
klowry@clrp.org


s/Rachel Mirsky
Rachel Mirsky, ct30457
Sheldon Toubman, ct08533
Class Counsel
Disability Rights Connecticut
75 Charter Oak Avenue, Suite 1-101
Hartford, CT 06106
(475) 345-3168
rachel.mirsky@disrightsct.org

DEFENDANTS IN THEIR OFFICAL
CAPACITIES NANCY NAVARRETTA,

COMMISSIONER, DEPARTMENT OF
MENTAL HEALTH AND HUMAN
SERVICES, AND JOE CREGO, CEO OF
WHITING FORENSIC HOSPITAL


DEFENDANTS IN THEIR OFFICAL
CAPACITIES NANCY NAVARRETTA,

COMMISSIONER, DEPARTMENT OF
MENTAL HEALTH AND HUMAN
SERVICES, AND JOE CREGO, CEO OF
WHITING FORENSIC HOSPITAL

2

WILLIAM TONG
ATTORNEY GENERAL


BY:


/s/Shawn L. Rutchick
Shawn L. Rutchick
Assistant Attorney General
Federal Bar No. ct24866
165 Capitol Avenue
Hartford, Connecticut 06106
Tel:  (860) 808-5210
Fax:  (860) 808-5385
shawn.rutchick@ct.gov


/s/ Francesca Testa
Francesca Testa
Assistant Attorney General
Federal Bar No. ct31930
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Francesca.testa@ct.gov


DEFENDANTS IN THEIR OFFICAL
CAPACITIES, PSYCHIATRIC SECURITY
REVIEW BOARD MEMBERS, MICHAEL
PEPPER, JOHN BONETTI, MARK
KIRSCHNER, CHERYL ABRAMS,
WAKENA HIROTA, AND RENESHA
NICHOLS


WILLIAM TONG
ATTORNEY GENERAL


BY:    /s/Tanya Feliciano DeMattia
Assistant Attorney General
Federal Bar No. ct14996
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385

3

tanya.demattia@ct.gov

/s/ Alina Bricklin-Goldstein
Assistant Attorney General
Federal Bar No. ct31266
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385
alina.bricklin-goldstein@ct.gov

## CERTIFICATION

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/Kirk W. Lowry
Kirk W. Lowry

4