**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Isaiah Lindsay, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No.: 3:22-CV-1518-SVN |
| | ) | |
| NANCY NAVARRETTA, et al., | ) | |
| Defendants. | ) | May 21, 2026 |

**Motion for Status Conference**

Class Counsel and counsel for Defendants met and conferred today regarding objections to the proposed settlement agreement received by May 19, 2026 and planning for the fairness hearing, set for June 16, 2026. Counsel request a status conference to discuss procedure for filing objections, currently due by June 2, 2026, inclusion or exclusion of objections from non-class members, appearance of objectors at the fairness hearing, access to the view the fairness hearing by video for class members and patients at Whiting Forensic Hospital, and a date for filing the final motion and memorandum for final approval.

Respectfully submitted,

Isaiah Lindsay and Kai Ming Wu
Class Representatives

By: Class Counsel

s/Kirk W. Lowry
Kirk W. Lowry, ct.27850
Kathleen M. Flaherty, ct19344
Simone Lamont, ct31858
Class Counsel
Connecticut Legal Rights Project
CVH-Beers Hall 2nd Floor
22 Harvey Drive
Middletown, CT 06457

(860) 262-5017
klowry@clrp.org

s/Rachel Mirsky
Rachel Mirsky, ct30457
Sheldon Toubman, ct08533
Class Counsel
Disability Rights Connecticut
75 Charter Oak Avenue, Suite 1-101
Hartford, CT 06106
(475) 345-3168
rachel.mirsky@disrightsct.org

## CERTIFICATION

I hereby certify that on May 21, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/Kirk W. Lowry
Kirk W. Lowry