**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Isaiah Lindsay, | ) | CIVIL NO. 3:22-CV-1518-SVN |
| Ling Xin Wu, | ) | |
| On behalf of themselves and | ) | |
| all other persons similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NANCY NAVARRETTA, in her official | ) | |
| capacity as the Commissioner of the | ) | |
| Connecticut Department of Mental | ) | |
| Health and Addiction Services, et al. | ) | |
| Defendants. | ) | |
| | ) | |
| Defendants. | ) | July 6, 2026 |

<u>**JOINT MOTION FOR ORDER REGARDING THE USE, DISCLOSURE AND**</u>
<u>**PROTECTION OF CONFIDENTIAL HEALTH INFORMATION**</u>

In accordance with Rule 26(c)(1) of the Federal Rules of Civil Procedure, 42 C.F.R. §§ 2.61, 2.64, and 45 C.F. R § 164.512(e), the Parties move for an order regarding the disclosure, use and protection of confidential information, as more fully set forth in the accompanying proposed order. The Parties respectfully assert that the following reasons demonstrate good cause to enter the order.

1.      The Parties hereto have entered into a Settlement Agreement that requires the exchange of information that may be confidential under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and its implementing regulations, (45 C.F.R. Part 160 and Part 164) (collectively HIPAA), the federal laws regarding Confidentiality of Substance Use Disorder Patient Records under 42 U.S.C. § 290dd-2 and 42 C.F.R. Part 2 (collectively SUD), and various state statutes

1

and regulations, including, without limitation, Conn. Gen. Stat. §§ 17a-488a, 17a-500, 17a-572, and 52-146o, in a manner that is consistent with applicable confidentiality statutes and regulations.

2.     On April 14, 2026, the Court granted the Parties' Motion for Preliminary Approval of Class Action Settlement (ECF 189). Order (ECF 195).

3.     To comply with the aforesaid confidentiality laws, the Parties require a court order that authorizes them to access, disclose, request, and use confidential information.

4.     Pursuant to 42 C.F.R. § 2.64(b), class members patients within the scope of the SUD must be provided with notice and opportunity to object to the disclosure of their information.

5.     On June 26, 2026, Class Counsel provided class members with notice and an opportunity to file, by July 13, 2026, written responses regarding the statutory and regulatory requirements described on 42 C.F.R. § 2.64(b).

6.     Class Counsel received no written responses as of July 2, 2026. All written responses, if any, will be submitted to the Court by Class Counsel by July 13, 2026.

NOW, THEREFORE, in light of the foregoing, the parties request that the Court grant this Motion and enter the order attached hereto.

DEFENDANTS NANCY NAVARRETTA, COMMISSIONER OF THE DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES IN HER OFFICIAL CAPACITY, AND JOSE CREGO, CEO OF WHITING FORENSIC HOSPITAL, IN HIS OFFICIAL CAPACITY

WILLIAM TONG
ATTORNEY GENERAL

BY:

/s/Shawn L. Rutchick
Shawn L. Rutchick
Assistant Attorney General
Federal Bar No. ct24866
165 Capitol Avenue
Hartford, Connecticut 06106
Tel:  (860) 808-5210
Fax:  (860) 808-5385
shawn.rutchick@ct.gov

/s/ Francesca Testa
Francesca Testa
Assistant Attorney General
Federal Bar No. ct31930
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Francesca.testa@ct.gov

DEFENDANTS IN THEIR OFFICAL CAPACITIES, PSYCHIATRIC SECURITY REVIEW BOARD MEMBERS, MICHAEL PEPPER, JOHN BONETTI, MARK KIRSCHNER, CHERYL ABRAMS, WAKENA HIROTA, AND RENESHA NICHOLS

3

WILLIAM TONG
ATTORNEY GENERAL

BY:

/s/Tanya Feliciano DeMattia
Assistant Attorney General
Federal Bar No. ct14996
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385
tanya.demattia@ct.gov

/s/ Alina Bricklin-Goldstein
Assistant Attorney General
Federal Bar No. ct31266
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385
alina.bricklin-goldstein@ct.gov


THE PLAINTIFFS,

By:

/s/Kirk W. Lowry
Kirk W. Lowry, ct27850
Legal Director
Kathleen M. Flaherty, ct19344
Executive Director
Simone Lamont, ct31858
Connecticut Legal Rights Project
CVH-Beers Hall 2nd Floor
P.O. Box 351-Silver Street
Middletown, CT 06457
Phone (860) 262-5017
Fax (860) 262-5035
klowry@clrp.org
kflaherty@clrp.org
slamont@clrp.org

4

/s/Rachel Mirsky_____
Rachel Mirsky, ct.30457
Sheldon Toubman, ct08533
Disability Rights Connecticut
75 Charter Oak Avenue. Suite 1-101
Hartford, CT 06106
Phone (860) 469-4463
Fax (860) 296-0055
rachel.mirsky@disrightsct.org
sheldon.toubman@disrightsct.org

## CERTIFICATION

I hereby certify that on July 6, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Shawn L. Rutchick*
Shawn L. Rutchick
