**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ISAIAH LINDSAY, LING XIN WU, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>NANCY NAVARRETTA, in her official capacity as the Commissioner of the Connecticut Department of Mental Health Services, *et al.*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:22-CV-1518 (SVN)<br><br><br><br><br><br><br><br><br><br><br>August 5, 2026 |

## ORDER OF DISMISSAL

The Court has issued orders for preliminary and final approval pursuant to Fed. R. Civ. P. 23(e).

**IT IS HEREBY ORDERED:**

1.      As requested by the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the parties' agreement by specific performance only.

2.      Except as set forth in paragraph 1, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

3.      The Clerk is respectfully directed to close this case.

**SO ORDERED** at Hartford, Connecticut, this 5th day of August, 2026.

                */s/ Sarala V. Nagala*
                SARALA V. NAGALA
                UNITED STATES DISTRICT JUDGE